UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>DOWNING EXLEY, et al.,<br><br>        Defendants. | Case No. 16-cv-04943-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 16 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: March 23, 2017

_____
WILLIAM H. ORRICK
United States District Judge